FILED:  August 29, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1258 (L)
(4:17-cv-00145-HCM-RJK)

_____

ROYCE SOLOMON, individually and on behalf of all others similarly situated; JODI BELLECI, individually and on behalf of all others similarly situated; MICHAEL LITTLEJOHN, individually and on behalf of all others similarly situated; GIULIANNA LOMAGLIO

            Plaintiffs - Appellees

v.

AMERICAN WEB LOAN, INC.; AWL, INC.; MACFARLANE GROUP, INC.

            Defendants - Appellants

and

GEORGE HENGLE, on behalf of themselves and all individuals similarly situated; LULA WILLIAMS, on behalf of themselves and all individuals similarly situated; JOHN GLATT, as individuals and as representatives of the classes; SONJI GRANDY, as individuals and as representatives of the classes; HEATHER BALL, as individuals and as representatives of the classes; DASHAWN HUNTER, as individuals and as representatives of the classes; MICHAEL CORONA, as individuals and as representatives of the classes

            Consolidated Plaintiffs

RED STONE

            Consolidated Defendant

MARK CURRY; MACFARLANE GROUP, LLC; SOL PARTNERS; MEDLEY OPPORTUNITY FUND II, LP; MEDLEY LLC; MEDLEY CAPITAL CORP.; OAKMONT FUNDING, INC.; DINERO INVESTMENTS, INC.; CHIEFTAIN

FUNDING, INC.; DANT HOLDINGS, INC.; DHI COMPUTING SERVICE, INC.; SMITH HAYNES & WATSON, LLC; MIDDLEMARCH PARTNERS; JOHN DOES 1-100; MEDLEY MANAGEMENT, INC.; MEDLEY GROUP, LLC; BROOK TAUBE; SETH TAUBE; MIDDLEMARCH SECURITIES, LLC

     Defendants

------------------------------

ONLINE LENDERS ALLIANCE; NATIONAL CONGRESS OF AMERICAN INDIANS; NATIONAL INDIAN GAMING ASSOCIATION; AMERICAN LEGISLATIVE EXCHANGE COUNCIL; CENTER FOR INDIVIDUAL FREEDOM; AMERICAN CONSUMER INSTITUTE; STATE OF OKLAHOMA; STATE OF INDIANA; CHICKAHOMINY INDIAN TRIBE; NATIVE AMERICAN FINANCIAL SERVICES ASSOCIATION; OTOE-MISSOURIA CONSUMER FINANCIAL SERVICES REGULATORY COMMISSION

     Amicus Supporting Appellant

_____

O R D E R
_____

   National Congress of American Indians, National Indian Gaming Association, Native American Financial Services Association, American Legislative Exchange Council, Center for Individual Freedom, American Consumer Institute, States of Oklahoma and Indiana, Chickahominy Indian Tribe, and Otoe-Missouria Consumer Financial Services Regulatory Commission have filed amicus curiae briefs with the consent of the parties.

   The court accepts the briefs for filing.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk